# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

130800
(104)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

VINCENT DiLORENZO and ANGELA
TINERVIA,
      Plaintiffs-Appellants,

v

STEVEN M. KIRKPATRICK, GARY VETTER,
J. GRANT SMITH, BRUCE CARLETON, and
PLANTE & MORAN, P.L.L.C.,
      Defendants-Appellees.

SC: 130800
COA: 261748
Macomb CC: 2004-005294-CZ

_____/

On order of the Court, the motion for reconsideration of this Court's order of June 26, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

Clerk

l0918